# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILL J. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:09CV199 |
| vs. | ) | |
| | ) | ORDER |
| U.S. FOODSERVICE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Fed. R. Civ. P. 15(a)(2) and NECivR 15.1,

**IT IS ORDERED** that plaintiff's motion for leave to file an amended complaint (Filing 26) is granted. Plaintiff shall file and serve the amended complaint by January 20, 2010.

**DATED January 5, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**