IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILL J. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:09CV199 |
| vs. | ) | |
| | ) | ORDER |
| U.S. FOODSERVICE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

For good cause shown,

**IT IS ORDERED** that the parties' Joint Motion to Extend Deadlines (Filing No. 41) is granted, and the Final Progression Order (Filing No. 27) is amended to provide as follows:

1. Motions for summary judgment shall be filed not later than August 18, 2010.

2. The deadline for taking depositions, whether or not they are intended to be used at trial, is extended to July 28, 2010.

3. The deadline for disclosing nonexpert witnesses is extended to November 3, 2010.

4. The deadline for disclosing trial exhibits is extended to December 3, 2010.

5. The deadline for filing motions in limine is extended to December 3, 2010.

6. The final pretrial conference is continued from September 20, 2010 to **Monday, January 10, 2011 at 10:00 a.m.**, in chambers, Room 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

7. Trial is continued from October 12, 2010 to Tuesday, **February 15, 2011 at 8:30 a.m.** before the Honorable Laurie Smith Camp and a jury.

DATED May 24, 2010.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**